Deloyise ECHOLS, Plaintiff–Appellant,

v.

Louis CALDERA, Secretary,
Department of the Army,
Defendant–Appellee.

No. 00–1749.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 15, 2000.

Decided Feb. 1, 2001.

Dorrance D. Dickens, Washington, DC, for appellant.

Helen F. Fahey, United States Attorney, Edward J. Martin, Special Assistant United States Attorney, Alexandria, VA, for appellee.

Before WILKINS, MICHAEL, and TRAXLER, Circuit Judges.

PER CURIAM.

Deloyise Echols appeals the district court's orders dismissing his action alleging employment discrimination and denying his motion to reconsider. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Echols v. Caldera,* No. CA-00-247-A (E.D.Va. Apr. 25, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*